# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| KAREN ROGERS, ) | |
|     Plaintiff, ) | |
| v. ) | No. 3:15-CV-961-N |
| LINDA SORRELLS and ) | |
| DONALD W. HILL, ) | |
|     Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice for Plaintiff's failure to prosecute.

**SO ORDERED** this 23rd day of March, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE